| | |
|---|---|
| CARLA B. OAKLEY (SBN 130092)<br>RITA E. TAUTKUS (SBN 162090)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1596<br>Tel:    415.442.1000<br>Fax:   415.442.1001<br>E-mail: coakley@morganlewis.com<br>E-mail: rtautkus@morganlewis.com<br>Attorneys for Plaintiff<br>KLA-TENCOR CORPORATION | DOUG DEXTER (SBN 115868)<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Tel:    415.954.4400<br>Fax:   415.954.4480<br>E-mail: ddexter@fbm.com<br>Attorneys for Defendants<br>RENWICK THOMPSON and<br>INSPECSTAR, LLC |
| THOMAS P. MAZZUCCO (SBN 139758)<br>AARON McCLELLAN (SBN 197185)<br>MURPHY PEARSON BRADLEY & FEENEY<br>88 Kearny Street, 10th Floor<br>San Francisco, California 94108<br>Tel:    415.788.1900<br>Fax:   415.393.8087<br>E-mail: tmazzucco@mpbf.com<br>E-mail: amcclellan@mpbf.com<br>Attorneys for Defendant BRIAN MURPHY | UTTAM DHILLON (SBN 131773)<br>FITZPATRICK HAGOOD SMITH & UHL LLP<br>2515 McKinney Avenue, Suite 1400<br>Dallas, Texas 75201<br>Tel:    214.237.0900<br>Fax:   214.237.0901<br>E-mail: udhillon@fhsulaw.com<br>Attorneys for Defendant PETER HOOPER |
| JAMES A. LASSART (SBN 40913)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, California 94105<br>Tel:    415.543.4800<br>Fax:   415.972.6301<br>E-mail: jlassart@rmkb.com<br>Attorneys for Defendant RUIXIA CHEN | *E-FILED - 5/18/09* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br>a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>BRIAN MURPHY, RENWICK THOMPSON, PETER HOOPER, RUIXIA CHEN, and INSPECSTAR, LLC, a California limited liability company,<br><br>              Defendants. | Case No. C 09-01922 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE HEARING ON**<br>**ORDER TO SHOW CAUSE**<br><br>**Date:**    May 22, 2009<br>**Time:**<br>**Dept.:**   **Courtroom 6**<br>**Judge:**  **Honorable Ronald M. Whyte** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21110444.2

STIPULATION AND [] ORDER TO
CONT. HEARING, CASE NO. C 09-01922 RMW

1   WHEREAS, the hearing on the May 4, 2009 order to show cause ("OSC") is currently
2   scheduled for May 14, 2009, at 10:00 a.m.;

3   WHEREAS, the date for filing of Defendants' Brian Murphy, Renwick Thompson, Peter
4   Hooper, Ruixia Chen, and InspecStar, LLC ("Defendants") opposition to Plaintiff KLA-Tencor
5   Corporation's ("Plaintiff") *Ex Parte* Application for Temporary Restraining Order, Order for
6   Expedited Discovery, and Order to Show Cause was on or before May 11, 2009, by 5 p.m. and
7   the date for Plaintiff to file its reply is currently set for May 13, 2009, by noon;

8   WHEREAS, Defendants were served at 8:00 a.m. local time Friday morning, May 8,
9   2009, in California and 10:00 a.m. local time in Texas, which was the earliest available time for
10  the U.S. Marshals Service to serve all of the Defendants' locations;

11  NOW, therefore, Plaintiff and Defendants hereby stipulate and agree that the hearing for
12  the OSC may be continued to Friday, May 22, 2009, at such time as the Court may be available.
13  Defendants will serve and file any opposition no later than 5:00 p.m. (Pacific Time), May 19,
14  2009. Papers in reply to said opposition shall be served and filed no later than noon (Pacific
15  Time), May 21, 2009. Papers in opposition and in reply shall be served personally, or by email or
16  facsimile.

Dated: May 13, 2009               MORGAN, LEWIS & BOCKIUS LLP


                                  By  /s/ Rita E. Tautkus
                                      Rita E. Tautkus
                                      Attorneys for Plaintiff
                                      KLA-TENCOR CORPORATION

Dated: May 13, 2009               MURPHY PEARSON BRADLEY & FEENEY


                                  By  /s/ Thomas P. Mazzucco
                                      Thomas P. Mazzucco
                                      Attorneys for Defendant
                                      BRIAN MURPHY

| | | |
|---|---|---|
| 1 | Dated: May 13, 2009 | FARELLA BRAUN & MARTEL LLP |
| 3 | | By /s/ Doug Dexter |
| 4 | | Doug Dexter<br>Attorneys for Defendants<br>RENWICK THOMPSON and |
| 5 | | INSPECSTAR, LLC |
| 6 | Dated: May 13, 2009 | FITZPATRICK HAGOOD SMITH & UHL LLP |
| 9 | | By /s/ Uttam Dhillon<br>Uttam Dhillon<br>Attorneys for Defendant PETER HOOPER |
| 11 | Dated: May 13, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 13 | | By /s/ James A. Lassart<br>James A. Lassart<br>Attorneys for Defendant RUIXIA CHEN |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Rita E. Tautkus, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May, 2009, at San Francisco.

/s/ Rita E. Tautkus
Rita E. Tautkus

## [] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing shall be at 9:00 a.m. on Friday, May 22, 2009, and the papers filed and served pursuant to the Stipulation.

Dated: May 18, 2009

*Ronald M. Whyte*

The Honorable Judge Ronald M. Whyte
Judge of the United States District Court,
Northern District of California

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3        STIPULATION AND [] ORDER TO
         CONT. HEARING, CASE NO. C 09-01922 RMW