| | |
|---|---|
| CARLA B. OAKLEY (SBN 130092)<br>RITA E. TAUTKUS (SBN 162090)<br>AHREN C. HOFFMAN (SBN 250469)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1596<br>Tel:    415.442.1000<br>Fax:   415.442.1001<br>E-mail: coakley@morganlewis.com<br>E-mail: rtautkus@morganlewis.com<br>E-mail: ahoffman@morganlewis.com<br>Attorneys for Plaintiff<br>KLA-TENCOR CORPORATION | SAID KORDESTANI (SBN 186994)<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Tel:    415.954.4400<br>Fax:   415.954.4480<br>E-mail: skordestani@fbm.com<br>Attorneys for Defendants<br>RENWICK THOMPSON and<br>INSPECSTAR, LLC |
| THOMAS P. MAZZUCCO (SBN 139758)<br>AARON McCLELLAN (SBN 197185)<br>MURPHY PEARSON BRADLEY & FEENEY<br>88 Kearny Street, 10th Floor<br>San Francisco, California 94108<br>Tel:    415.788.1900<br>Fax:   415.393.8087<br>E-mail: tmazzucco@mpbf.com<br>E-mail: amcclellan@mpbf.com<br>Attorneys for Defendant BRIAN MURPHY | UTTAM DHILLON (SBN 131773)<br>FITZPATRICK HAGOOD SMITH &<br>UHL LLP<br>2515 McKinney Avenue, Suite 1400<br>Dallas, Texas 75201<br>Tel:    214.237.0900<br>Fax:   214.237.0901<br>E-mail: udhillon@fhsulaw.com<br>Attorneys for Defendant PETER HOOPER |
| JAMES A. LASSART (SBN 40913)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, California 94105<br>Tel:    415.543.4800<br>Fax:   415.972.6301<br>E-mail: jlassart@rmkb.com<br>Attorneys for Defendant RUIXIA CHEN | ***E-FILED - 10/8/09*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br>a Delaware corporation,<br><br>                              Plaintiff,<br><br>            v.<br><br>BRIAN MURPHY, RENWICK THOMPSON, PETER HOOPER, RUIXIA CHEN, and INSPECSTAR, LLC, a California limited liability company,<br><br>                              Defendants. | Case No. C 09-01922 RMW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [] ORDER**<br><br>Current CMC Date:  October 23, 2009<br>Time:                    10:30 a.m.<br>Courtroom:           6, 4th Floor<br>Judge:                   Hon. Ronald M. Whyte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21346836.2

JOINT STIP TO EXTEND DEADLINE FOR
COMPLETION OF INITIAL DISCLOSURES AND
TO CONT INITIAL CMC AND []
ORDER, C 09-01922 RMW

**STIPULATION**

1.  Pursuant to Northern District Local Rules 7-12 and 16-2(e), Plaintiff KLA-Tencor Corporation ("Plaintiff") and Defendants Brian Murphy, Renwick Thompson, Peter Hooper, Ruixia Chen, and InspecStar, LLC ("Defendants") (together as the "Parties") jointly submit this Stipulation to Extend the Deadline for Completion of Initial Disclosures and Stipulation to continue the Initial Case Management Conference currently set for October 23, 2009 to October 30, 2009 and [Proposed] Order.

2.  On September 18, 2009, Plaintiff KLA-Tencor Corporation ("KT") filed a motion for partial summary judgment. The Court was unavailable for a hearing on October 23, 2009. Therefore, the motion was noticed for hearing on the next available date, October 30, 2009. In order to promote efficient case administration, the parties stipulated and hereby jointly request a continuance of the Initial Joint Case Management Conference to October 30, 2009, and a related one week continuance of filing the joint Case Management Conference Statement from October 16, 2009 to October 23, 2009.

3.  The Parties therefore agree and respectfully request, provided that the Court can accommodate the request, that the Initial Case Management Conference should be continued by one week from October 23, 2009 to r   j   zj  E, 2009, and that the Joint Case Management Conference Statement will be filed on October TQ 2009.

4.  Pursuant to the Initial Case Management Order, the parties were ordered to complete Initial Disclosures by October 16, 2009.

5.  In light of the stipulation to continue the Initial Case Management Conference, the Parties also stipulate and agree to extend the deadline for completion of the Initial Disclosures under Civil Local Rule 7-12 and FRCP 26 to October TQ 2009.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21346836.2

2

JOINT STIP TO EXTEND DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES AND TO CONT INITIAL CMC AND []
ORDER, C 09-01922 RMW

| | | |
|---|---|---|
| 1 | Dated: October 2, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By /s/ Rita E. Tautkus |
| 4 | | Rita E. Tautkus<br>Attorneys for Plaintiff |
| 5 | | KLA-TENCOR CORPORATION |
| 6 | Dated: October 2, 2009 | MURPHY PEARSON BRADLEY & FEENEY |
| 7 | | |
| 8 | | By /s/ Jason E. Fellner |
| 9 | | Jason E. Fellner<br>Thomas P. Mazzucco |
| 10 | | Attorneys for Defendant<br>BRIAN MURPHY |
| 11 | Dated: October 1, 2009 | FARELLA BRAUN & MARTEL LLP |
| 12 | | |
| 13 | | By /Said Kordestani |
| 14 | | Said Kordestani<br>Attorneys for Defendants |
| 15 | | RENWICK THOMPSON and<br>INSPECSTAR, LLC |
| 16 | | |
| 17 | Dated: October 1, 2009 | FITZPATRICK HAGOOD SMITH & UHL LLP |
| 18 | | |
| 19 | | By /s/ Uttam Dhillon |
| 20 | | Uttam Dhillon<br>Attorneys for Defendant PETER HOOPER |
| 21 | | |
| 22 | Dated: September 29, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 23 | | |
| 24 | | By /s/ James A. Lassart |
| 25 | | James A. Lassart<br>Attorneys for Defendant RUIXIA CHEN |

26  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Rita E. Tautkus,

27  attest that concurrence in the filing of this document has been obtained from each of the other

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21346836.2

3

JOINT STIP TO EXTEND DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES AND TO CONT INITIAL CMC AND []
ORDER, C 09-01922 RMW

1  signatories.  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.  Executed this 2nd day of October, 2009, at San Francisco,
3  California.

4              /s/Rita E. Tautkus
               Rita E. Tautkus

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21346836.2

4

JOINT STIP TO EXTEND DEADLINE FOR
COMPLETION OF INITIAL DISCLOSURES AND
TO CONT INITIAL CMC AND []
ORDER, C 09-01922 RMW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

1. The Case Management Conference in this matter, *KLA-Tencor Corporation v. Brian Murphy, et al.*, Case Number C 09-01922 RMW, is continued to November 6, 2009. The Joint Case Management Conference Statement shall be filed seven days prior to the new Case Management Conference date.

2. The deadline for completion of Initial Disclosures is continued one week to October 1Q 2009.

IT IS SO ORDERED.

Dated: 10/8, 2009

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21346836.2

5

JOINT STIP TO EXTEND DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES AND TO CONT INITIAL CMC AND [] ORDER, C 09-01922 RMW