| | |
|---|---|
| UTTAM DHILLON (SBN 131773)<br>FITZPATRICK HAGOOD SMITH & UHL LLP<br>2515 McKinney Avenue, Suite 1400<br>Dallas, Texas 75201<br>Tel:   214.237.0900<br>Fax:  214.237.0901<br>E-mail: udhillon@fhsulaw.com<br>Attorneys for Defendant PETER HOOPER | SAID KORDESTANI (SBN 186994)<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Tel:   415.954.4400<br>Fax:  415.954.4480<br>E-mail: skordestani@fbm.com<br>Attorneys for Defendants<br>RENWICK THOMPSON and<br>INSPECSTAR, LLC |
| THOMAS P. MAZZUCCO (SBN 139758)<br>AARON McCLELLAN (SBN 197185)<br>MURPHY PEARSON BRADLEY & FEENEY<br>88 Kearny Street, 10th Floor<br>San Francisco, California 94108<br>Tel:   415.788.1900<br>Fax:  415.393.8087<br>E-mail: tmazzucco@mpbf.com<br>E-mail: amcclellan@mpbf.com<br>Attorneys for Defendant BRIAN MURPHY | CARLA B. OAKLEY (SBN 130092)<br>RITA E. TAUTKUS (SBN 162090)<br>AHREN C. HOFFMAN (SBN 250469)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1596<br>Tel:   415.442.1000<br>Fax:  415.442.1001<br>E-mail: coakley@morganlewis.com<br>E-mail: rtautkus@morganlewis.com<br>E-mail: ahoffman@morganlewis.com<br>Attorneys for Plaintiff<br>KLA-TENCOR CORPORATION |
| JAMES A. LASSART (SBN 40913)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, California 94105<br>Tel:   415.543.4800<br>Fax:  415.972.6301<br>E-mail: jlassart@rmkb.com<br>Attorneys for Defendant RUIXIA CHEN | |

***E-FILED - 10/26/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br>a Delaware corporation,<br><br>                     Plaintiff,<br><br>         v.<br><br>BRIAN MURPHY, RENWICK THOMPSON, PETER HOOPER, RUIXIA CHEN, and INSPECSTAR, LLC, a California limited liability company,<br><br>                     Defendants. | Case No. C 09-01922 RMW<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF´S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO EXTEND THE DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND [ ORDER**<br><br>Current Hearing Date: November 6, 2009<br>Current CMC Date:     October 30, 2009<br>Courtroom:                    6, 4th Floor<br>Judge:             Hon. Ronald M. Whyte |

## STIPULATION

1. Pursuant to Northern District Local Rules 7-12 and 16-2(e), Plaintiff KLA-Tencor Corporation ("Plaintiff") and Defendants Brian Murphy, Renwick Thompson, Peter Hooper, Ruixia Chen, and InspecStar, LLC ("Defendants") (together as the "Parties") jointly submit this Stipulation to Continue Hearing Date for Plaintiff's Motion for Partial Summary Judgment, to Extend the Deadline for Completion of Initial Disclosures and Stipulation to continue the Initial Case Management Conference and [Proposed] Order.

2. On September 18, 2009, Plaintiff KLA-Tencor Corporation ("KT") filed a motion for partial summary judgment. The Court was unavailable for a hearing on October 23, 2009. Therefore, the motion was noticed for hearing on the next available date, October 30, 2009. On October 15, 2009, on the Court's own motion, the Court continued the hearing date on the motion to November 6, 2009. Due to a scheduling conflict for counsel for Defendant Peter Hooper, the parties stipulate and hereby jointly request a continuance of the hearing on Plaintiff's Motion for Partial Summary Judgment to November 20, 2009. Additionally, in order to promote efficient case administration, the parties stipulated and hereby jointly request a continuance of the Initial Case Management Conference to November 20, 2009, and that the Joint Case Management Conference Statement and the Initial Disclosures will be due one week before the Initial Case Management Conference date.

3. The Parties therefore agree and respectfully request, provided that the Court can accommodate the request, that the hearing on Plaintiff's Motion for Partial Summary Judgment be continued to November 20, 2009, that the Initial Case Management Conference should be continued to November 20, 2009, and that the Joint Case Management Conference Statement will be filed one week before the Initial Case Management Conference date.

2

JOINT STIP TO CONTINUES HEARING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO EXTEND CERTAIN DEADLINES AND [] ORDER

| | |
|---|---|
| Dated: October 22, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/ Rita E. Tautkus |
| | Rita E. Tautkus |
| | Attorneys for Plaintiff |
| | KLA-TENCOR CORPORATION |
| Dated: October 22, 2009 | MURPHY PEARSON BRADLEY & FEENEY |
| | By /s/ Jason E. Fellner |
| | Jason E. Fellner |
| | Thomas P. Mazzucco |
| | Attorneys for Defendant |
| | BRIAN MURPHY |
| Dated: October 22, 2009 | FARELLA BRAUN & MARTEL LLP |
| | By /s/ Said Kordestani |
| | Said Kordestani |
| | Attorneys for Defendants |
| | RENWICK THOMPSON and |
| | INSPECSTAR, LLC |
| Dated: October 22, 2009 | FITZPATRICK HAGOOD SMITH & UHL LLP |
| | By /s/ Uttam Dhillon |
| | Uttam Dhillon |
| | Attorneys for Defendant PETER HOOPER |
| Dated: October 22, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By /s/ James A. Lassart |
| | James A. Lassart |
| | Attorneys for Defendant RUIXIA CHEN |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Uttam Dhillon, attest that concurrence in the filing of this document has been obtained from each of the other

3

JOINT STIP TO CONTINUES HEARING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO EXTEND CERTAIN DEADLINES AND [] ORDER

signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of October, 2009, at Dallas, Texas.

                                         /s/ Uttam Dhillon
                                         Uttam Dhillon

4

JOINT STIP TO CONTINUES HEARING DATE
FOR PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AND TO EXTEND CERTAIN
DEADLINES AND [] ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

1. Plaintiff's Motion for Partial Summary Judgment filed in this matter, *KLA-Tencor Corporation v. Brian Murphy, et al.*, Case Number C 09-01922 RMW, is continued to __November 20__, 2009.

2. The Initial Case Management Conference in this matter is continued to __November 20__, 2009. The Joint Case Management Conference Statement shall be filed seven days prior to the Case Management Conference date.

3. The deadline for completion of Initial Disclosures shall be due one week before the Case Management Conference date.

IT IS SO ORDERED.

Dated: __10/26__, 2009

*Ronald M. Whyte*
_____
The Honorable Ronald M. Whyte
United States District Court Judge

5

JOINT STIP TO CONTINUES HEARING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO EXTEND CERTAIN DEADLINES AND [] ORDER